The People of the State of New York, Respondent, v. Sigmond Bock and Alexander Aaronson, Appellants.— Judgment affirmed. All concurred.

Charles Oishei, Appellant, v. John R. Oishei and Estelle C. Oishei, Respondents.— Judgment affirmed, with costs. All concurred.

Edward H. Altman, Respondent, v. Henry Geiershofer, Appellant.— Judgment and order affirmed, with costs. All concurred.

Maria D. Branch, Appellant, v. The Town of Cambria, Respondent.— Judgment and order affirmed, with costs. All concurred; McLennan, P. J., not sitting.

Benson W. Roach, Respondent, v. City of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred; McLennan, P. J., not sitting.

Edward M. Anderson, Respondent, v. The American Woolen Company of New York, Appellant.— Judgment affirmed, with costs. All concurred.

Rose Herkert, as Administratrix, etc., Appellant, v. Yawman & Erbe Manufacturing Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

Frederick Whittlesey, as Trustee, etc., Appellant, v. Philip Becker & Company, Respondent.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. Charles Lavier, Relator, v. Harry Allen and Others, as Examining and Supervising Board of Plumbers, etc., Respondents.— Writ of certiorari sustained and determination of the board annulled, without costs. All concurred,

Ada L. Ballard, Respondent, v. The Village of Hamburg, Appellant.— Defendant's motion for leave to appeal to Court of Appeals denied, without costs.

Ada L. Ballard, Respondent, v. The Village of Hamburg, Appellant.— Plaintiff's motion to amend decision denied, without costs.

Georgiana Deyo, Respondent, v. Leonard J. Darrow, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John W. Averill, Appellant, v. Daniel F. Toomey, Respondent.— Motion granted and appeal dismissed, with costs.

Michael Migala, an Infant, etc., Respondent, v. George A. Ray Manufacturing Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Celia B. Cawthra v. Edward J. Cawthra.— Appeal dismissed, without costs, upon stipulation filed.

Maverick-Clark Litho Company, Appellant, v. Hayes Lithographing Company, Respondent.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.